# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0985

VERSUS

CHRISTOPHER GUZZARDO

**JANUARY 13, 2025**

---

In Re:     Christopher Guzzardo, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-03385.

---

**BEFORE:     HESTER, MILLER, AND EDWARDS, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on December 18, 2024.

**CHH**
**SMM**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT